# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| **Dana Gains Dungan,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **12-1449- CV-W-JTM** |
| **Carolyn W. Colvin,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## O R D E R

On Tuesday, June 17, 2014, the Court heard oral argument on the *Plaintiff's Social Security Brief,* filed September 24, 2013, [Doc. 15] and the *Brief For Defendant*, filed January 8, 2014, [Doc. 19]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the oral argument, it is

**ORDERED** that the conclusion of the Commissioner is **AFFIRMED**.


          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**